| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
BENJAMIN ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-po-00728-JDP |
| Plaintiff, | **STIPULATION TO CONTINUE FOR PLEA AND SENTENCING; ORDER** |
| vs. | |
| BENJAMIN ORTIZ, | |
| Defendant. | |

On May 2, 2018, the Court set Case No. 6:17-po-00728 for plea and sentencing on June 5, 2018. Unfortunately, Mr. Ortiz recently lost his job and cannot afford to travel to Yosemite at this time. Accordingly, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Benjamin Ortiz, that the Court continue Mr. Ortiz's hearing to August 14, 2018, at 10 a.m., in Yosemite National Park.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 4, 2018              */s/ Susan St. Vincent*
                                Susan St. Vincent
                                Yosemite Legal Officer
                                Attorney for Plaintiff

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 4, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>BENJAMIN ORTIZ |

**O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, Case No. 6:17-po-00728 is hereby continued to August 14, 2018, for plea and sentencing.

IT IS SO ORDERED.

Dated: June 4, 2018                    /s/ *Jeremy D. Peterson*
                                       UNITED STATES MAGISTRATE JUDGE